IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**WILLIE SMITH, et al**

      **Plaintiffs,**

v.                                                   CV 05-PT-2407-E

**RICK BARBER, etc.**

      **Defendant.**

## ORDER

This cause comes on to be heard on Defendant's Motion for Summary Judgment filed on September 29, 2006.

While the evidence might suggest that the defendant did not discriminate, there is, arguably, substantial evidence to the contrary. The motion is **DENIED**. The court will carefully reconsider the evidence at trial.

**DONE** and **ORDERED** this the 27th day of November, 2006.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**