FILED
2006 Dec-03  PM 12:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **Willie Smith,**<br>**Beverly Smith and**<br>**FAIR HOUSING CENTER OF**<br>**NORTHERN ALABAMA, Inc**<br><br>       **Plaintiffs,**<br><br>**vs.**<br><br>**Rick Barber d/b/a Barber Properties**<br>       **Defendant** | **Civil Action No.: CV- 05-PT- 2407-E** |

### PLAINTIFF'S PRETRIAL DISCLOSURES
### PURSUANT TO RULE 26(a)(3)

COMES NOW the Plaintiffs, by and through counsel, and hereby discloses

the following information pursuant to Rule 26(a)(3), Federal Rules of Civil

Procedure:

(A) Persons likely to testify at trial:
1. Willie Smith, Plaintiff
2. Beverly Smith, Plaintiff
3. Rick Barber, Defendant
4. Angi Griffin, Defendant's employee
5. Sharon Carlisle
6. Truitt Evans, Fair Housing Center Representative
7. Helen Rivas, Fair Housing Center Representative
8. Frances Thompson, Fair Housing Center Representative
9. Tenants from impacted apartments
10. Employees of Defendant, Barber Properties
11. Employees of Fair Housing Center

(B)   Deposition testimony of the following witnesses may be presented at trial:

    1.     Willie Smith
    2.     Beverly Smith
    3.     Angi Griffin
    4.     Truitt Evans

(C)   Exhibits or documents which may be offered at trial:

    1.     Application for Residency
    2.     Application for Residency of Willie and Beverly Smith
    3.     Housing Discrimination Form
    4.     Fair Housing Services Form
    5.     Withdrawal of Complaint with Resolution
    6.     Rental Test Report form - Helen Rivas
    7.     Rental Test Report form - Frances Thompson
    8.     Documents submitted by Plaintiffs and Defendant regarding summary judgment
    9.     Other exhibits as discovered.

.

                                                                     s/James M. Sims
                                                                   Bar Number: ASB-1356-S78J
                                                                    Attorney for Plaintiff
                                                                    P.O. Box 1123
                                                                    Anniston, AL 36202
                                                                    (256) 240-9595
                                                                    Fax: 256-240-9565
                                                                    jmarsims@bellsouth.net

## CERTIFICATE OF SERVICE

I do hereby certify that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel S. Wolter, Esquire
Ashley E. Manning, Esquire
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive
Suite 425
Birmingham, AL 35243

R.M. Woodrow, Esquire
DOSTER, WOODROW & BROOKS
P.O. Box 2286
Anniston, AL 36202

and I hereby certify that I have mailed a copy of the foregoing document by United States Postal Service to the following non-CM/ECF participants:        None

s/James M. Sims